```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

RICHARD ROSARIO,

             Petitioner,

-against-

ROBERT ERCOLE, Superintendent of Green Haven
Correctional Facility, and ELLIOT SPITZER,
Attorney General of the State of New York,

             Respondents.

-------------------------------------------------------x

Case No. 05 CV 8072 (PKC)

**STIPULATION AND
[~~PROPOSED~~]
SCHEDULING ORDER**

WHEREAS, on September 16, 2005, Petitioner Richard Rosario filed a petition for a *writ of habeas corpus* (the "Habeas Petition"), challenging his incarceration in a New York State correctional facility due to alleged violations of his federal constitutional rights;

WHEREAS, on September 22, 2005, the Court issued an order requiring Respondents to file an answer or motion in response to the Habeas Petition within 60 days from the date of that order;

WHEREAS, the parties to this action have conferred and have agreed upon a briefing schedule that extends beyond the deadline set forth in the Court's September 22, 2005 order;

NOW THEREFORE, the parties hereby submit the following Proposed Scheduling Order:

| Deadline for Petitioner's memorandum of law in support of the petition for a *writ of habeas corpus*: | On or before 12/16/2005 |
|---|---|
| Deadline for Respondents' memorandum of law in opposition to the petition for a *writ of habeas corpus*: | Within 60 days of service of Petitioner's supporting memorandum of law |
| Deadline for Petitioner's reply memorandum of law in further support of the petition for a *writ of habeas corpus*: | Within 30 days of service of Respondents' opposition |

Dated: New York, New York
November 9, 2005

MORRISON & FOERSTER LLP

By: _____
Carl H. Loewenson, Jr. (CL 4661)
Jin Hee Lee (JL 4912)
Judi K. Miller (JM 8348)
1290 Avenue of the Americas
New York, New York 10104-0050

David Crow
Director, Wrongful Conviction Project
Kerry Elgarten
Associate Appellate Counsel
THE LEGAL AID SOCIETY
Criminal Appeals Bureau
199 Water Street, Fifth Floor
New York, New York 10038

*Attorneys for Petitioner*

Dated: New York, New York
November 9, 2005

DISTRICT ATTORNEY FOR BRONX COUNTY

By: _____
Christopher Blira-Koessler, Esq.
Assistant District Attorney
Office of the Bronx County District Attorney
198 East 161st Street
Bronx, NY 10451

*Attorneys for Respondents*

SO ORDERED:

_____
U.S. District Judge P. Kevin Castel

11-10-05

ny-664422

2