

# OFFICE OF THE DISTRICT ATTORNEY, Bronx County

ROBERT T. JOHNSON
*District Attorney*

198 East 161st Street
Bronx, New York 10451

(718) 590-2156
Fax 590-6523

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-26-08

**MEMO ENDORSED**

February 25, 2008

The Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
United States Courthouse - 500 Pearl Street
New York, NY 10007

*Application Granted*
*So Ordered*
*[signature] JSPS*
*2-25-08*

Re: Richard Rosario v. Robert Ercole, Superintendent, Green Haven Correctional Facility
05 Civ. 8072 (PKC)(HBP)

Your Honor:

I write to request an extension of time until March 4, 2008 to file a reply to the objections filed by petitioner to the Report and Recommendation of The Honorable Henry B. Pitman. My reply is due February 26, 2008. I request this extension because of my workload. Specifically, I have had to prepare for the hearing in the case of Calvin Whitley v. Senkowski (scheduled to begin before Your Honor on February 26, 2008), and I filed a response to another petition for a federal writ of habeas corpus (Steven Robinson v. Payant). I spoke with Jodi Miller, Esq., counsel for petitioner, and she agreed to an extension until March 4, 2008. Both myself and Ms. Miller also agreed to an extension until March 4, 2008 for petitioner to file his reply. If there are any questions, please feel free to contact me at 718-590-2322.

Respectfully,

Christopher John Blira-Koessler
Assistant District Attorney

cc: Carl Loewenson, Esq.
Lily M. Fan, Esq.
Morrison & Foerster
1290 Avenue of the Americas
New York, NY 10104-0050