**MANDATE**

**05cv8072(PKC)**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 12th day of April, two thousand and ten.

PRESENT:    JOSÉ A. CABRANES,
            CHESTER J. STRAUB,
            RICHARD C. WESLEY,
                *Circuit Judges.*



UNITED STATES COURT OF APPEALS
FILED
APR 12 2010
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

RICHARD ROSARIO,

　　　　　*Petitioner-Appellant,*

　　v.

SUPT. ROBERT ERCOLE, GREEN HAVEN CORRECTIONAL FACILITY, ATTORNEY GENERAL ELIOT SPITZER,

　　　　　*Respondent-Appellees.*

**JUDGMENT**
Docket No. 08-5521-pr

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __09/02/2010__

The appeal in the above-captioned case from the United States District Court for the Southern District of New York was argued on the District Court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the District Court is AFFIRMED in accordance with the opinion of this Court.

FOR THE COURT,
Catherine O'Hagan Wolfe,
Clerk

Catherine O'Hagan Wolfe

Joy Fallek, Administrative Attorney

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

Catherine O'Hagan Wolfe

**MANDATE ISSUED ON 09/01/2010**